**Order entered March 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01412-CV

## HALL CA-NV, LLC, Appellant

## V.

## ROBERT RADOVAN AND WILLIAM CRISWELL, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02395**

## ORDER

Before the Court is appellees' March 17, 2018 agreed motion to extend time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed by **April 24, 2020**.

/s/    ERIN A. NOWELL
        JUSTICE